1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10  SOUTHERN DIVISION

| 11 | UNITED STATES OF AMERICA, | ) | Case No. SA CR 09-00230-JVS |
|----|---|---|---|
| 12 | Plaintiff, | ) ) | ORDER OF DETENTION AFTER |
| 13 |  | ) ) | HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| 14 | v. | ) |  |
| 15 | ISIDRO ALVAREZ-TORRES, | ) ) |  |
| 16 | Defendant. | ) ) |  |

17
18    The defendant having been arrested in this District pursuant to a warrant issued by
19 the United States District Court for the Central District of California for alleged violations
20 of the terms and conditions of her supervised release; and
21    The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23    The Court finds that:
24  A. ( X ) The defendant has not met his burden of establishing by clear and convincing
25       evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This
26       finding is based on:
27       Lack of bail resources; background information unknown due to failure to interview;
28       illegal status; outstanding warrants.

and

B. ( X ) The defendant has not met her [his] burden of establishing by clear and convincing evidence that she [he] is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 3/18/2014

DOUGLAS F. McCORMICK
United States Magistrate Judge